**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7040**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KELBY DEVONTA BENJAMIN,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:00-cr-00200-CCE-1)

Submitted:  October 17, 2017                    Decided:  November 3, 2017

Before MOTZ, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelby Devonta Benjamin, Appellant Pro Se. Joan Brodish Childs, Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Sandra Jane Hairston, Acting United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelby Devonta Benjamin appeals the district court's orders denying his 18 U.S.C. § 3582(c) (2012) motion for reduction of sentence and denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Benjamin*, No. 1:00-cr-00200-CCE-1 (M.D.N.C. June 28 and Nov. 4, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*